FILED

SEP - 4 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. **5:25 CR 434** |
| GARY ROBINSON, WALTER HICKS, DIAMOND TAYLOR, LILLY PALMER, ALONZO BREWER, MADISON SCHRECKENGOST, | ) ) ) ) ) ) ) | Title 18, United States Code, Sections 922(a)(6), 924(a)(2), 924(c)(1)(A)(i), 932(b)(3), 933(a)(1), and (2); Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D) |
| Defendants. | ) ) | **JUDGE CALABRESE** |

COUNT 1
(Distribution of Marijuana, 21 U.S.C. §§ 841(a)(1) and (b)(1)(D))

The Grand Jury charges:

1. On or about July 28, 2025, in the Northern District of Ohio, Eastern Division, Defendant GARY ROBINSON did knowingly and intentionally distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

COUNT 2
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

2. On or about July 28, 2025, in the Northern District of Ohio, Eastern Division, Defendant GARY ROBINSON did knowingly possess a firearm, to wit: a Taurus model G3C, 9mm caliber pistol bearing serial number AHC855059, in furtherance of a drug trafficking crime

for which he may be prosecuted in a court of the United States, that being, distribution of marijuana, a Schedule I controlled substance, as charged in Count 1 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 3
(Trafficking in Firearms, 18 U.S.C. § 933(a)(1))

The Grand Jury further charges:

3. From on or about July 14, 2025, through on or about August 18, 2025, in the Northern District of Ohio, Eastern Division, Defendant GARY ROBINSON shipped, transported, transferred, caused to be transported, and otherwise disposed of firearms to another person, in and otherwise affecting interstate and foreign commerce, firearms, to wit:

| Date range of crime | Firearm | Price purchased |
| --- | --- | --- |
| July 14 to July 28, 2025 | Taurus model G3C, 9mm caliber pistol, serial number AHC855059 | $800 |
| July 28, 2025 | Taurus model G2C, 9mm caliber pistol, serial number ADA902610; and Girsan, model MC28SA, 9mm caliber pistol, serial number 21AV07045 | $900 |
| July 29, 2025 | RTS Revolver, serial number 597502; and FN, model 509, 9mm caliber pistol, serial number GKS0252053 | $800 plus $100 brokerage fee |
| July 30, 2025 | Glock, model 23, 40 caliber pistol, serial number AHGV495; Taurus model G3C, 9mm caliber pistol, serial number AGK476872; and Ruger, model LC9S, 9mm caliber pistol, serial number 452-21959 | $1,900 |
| August 8, 2025 | Taurus, model G3C, 9mm caliber pistol, serial number AGE238471; and Taurus, model GX4, 9mm caliber pistol, serial number 1GC82755 | $1,300 |

| | | |
|---|---|---|
| August 14, 2025 | SCCY, model CPX-2, 9mm caliber pistol, serial number 918596 | $600 |
| August 18, 2025 | Taurus, model PT111G2, 9mm caliber pistol, serial number TKW23610; and PSA, model PA-15, multi-caliber rifle, serial number LW055094 | $1,450 |

knowing and having reasonable cause to believe that the use, carrying and possession of the firearms by the recipient would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(1).

## COUNT 4
(Trafficking in Firearms, 18 U.S.C. § 933(a)(1))

The Grand Jury further charges:

4. From on or about July 28, 2025, through on or about August 18, 2025, in the Northern District of Ohio, Eastern Division, Defendant WALTER HICKS, shipped, transported, transferred, caused to be transported, or otherwise disposed of firearms to another person, in or otherwise affecting interstate or foreign commerce, firearms, to wit:

| Date range of crime | Firearm | Price purchased |
|---|---|---|
| July 28, 2025 | Taurus model G2C, 9mm caliber pistol, serial number ADC134024 | $500 |
| July 30, 2025 | Taurus model G2S, 9mm caliber pistol, serial number AEG524403; and Glock, model 43X, 9mm caliber pistol, serial number AKYM121 | $1,300 and brokerage fee $100 |
| August 14, 2025 | Taurus, model G3, 9mm caliber pistol, serial number ACA438931 with a drum magazine | $600 |
| August 18, 2025 | Smith and Weston, model M&P shield, 40 caliber pistol, serial number LER9962; and PMF, 9mm caliber pistol, no serial number | $900 |

knowing and having reasonable cause to believe that the use, carrying and possession of the firearms by the recipient would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(1).

## COUNT 5
(Straw Purchase of Firearms, 18 U.S.C. § 932(b)(3))

The Grand Jury further charges:

5. On or about July 28, 2025, in the Northern District of Ohio, Eastern Division, Defendant DIAMOND TAYLOR did knowingly purchase firearms, to wit: a Taurus model G2C, 9mm caliber pistol bearing serial number ADA902610; and a Girsan, model MC28SA, 9mm caliber pistol bearing serial number 21AV07045, in and otherwise affecting interstate and foreign commerce for, on behalf of, and at the request and demand of Gary Robinson, knowing and having reasonable cause to believe that Gary Robinson intended to sell and otherwise dispose of the firearm to a person who intended to use, carry, possess, sell and otherwise dispose of the firearm in furtherance of a felony, and did conspire to do so, in violation of Title 18, United States Code, Section 932(b)(3).

## COUNT 6
(False Statements During Purchase of Firearms, 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2)

The Grand Jury further charges:

6. On or about July 28, 2025, in the Northern District of Ohio, Eastern Division, Defendant DIAMOND TAYLOR, in connection with the acquisition of firearms, to wit: a Taurus model G2C, 9mm caliber pistol bearing serial number ADA902610; and a Girsan, model MC28SA, 9mm caliber pistol bearing serial number 21AV07045, from Sydmor's Jewelry and Loan, located in Barberton, Ohio, a licensed dealer of firearms within the meaning of Chapter

44, Title 18, United States Code, knowingly made a false written statement to Sydmor's Jewelry and Loan, which statement was intended and likely to deceive Sydmor's Jewelry and Loan, as to a fact material to the lawfulness of such acquisition of said firearms by Defendant DIAMOND TAYLOR under Chapter 44 of Title 18, United States Code, in that DIAMOND TAYLOR falsely represented on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, that she was the actual buyer of the firearms listed on the form and not buying them on behalf of another person, in violation of Title 18, United States Code Sections 922(a)(6), 924(a)(2) and 2.

COUNT 7
(Straw Purchase of Firearms, 18 U.S.C. § 932(b)(3))

The Grand Jury further charges:

7. On or about July 30, 2025, in the Northern District of Ohio, Eastern Division, Defendant LILLY PALMER did knowingly purchase firearms, to wit: a Taurus model G3C, 9mm caliber pistol bearing serial number AGK476872; and a Ruger, model LC9S, 9mm caliber pistol bearing serial number 452-21959, in and otherwise affecting interstate and foreign commerce for, on behalf of, and at the request and demand of Gary Robinson, knowing and having reasonable cause to believe that Gary Robinson intended to sell and otherwise dispose of the firearm to a person who intended to use, carry, possess, sell and otherwise dispose of the firearm in furtherance of a felony, and did conspire to do so, in violation of Title 18, United States Code, Section 932(b)(3).

COUNT 8
(False Statements During Purchase of Firearms, 18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2)

The Grand Jury further charges:

8. On or about July 30, 2025, in the Northern District of Ohio, Eastern Division, Defendant LILLY PALMER, in connection with the acquisition of firearms, to wit: a Taurus model G3C, 9mm caliber pistol bearing serial number AGK476872; and a Ruger, model LC9S, 9mm caliber pistol bearing serial number 452-21959, from Sydmor's Jewelry and Loan, located in Barberton, Ohio, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false written statement to Sydmor's Jewelry and Loan, which statement was intended and likely to deceive Sydmor's Jewelry and Loan, as to a fact material to the lawfulness of such acquisition of said firearms to Defendant LILLY PALMER under Chapter 44 of Title 18, United States Code, in that LILLY PALMER falsely represented on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, that she was the actual buyer of the firearms listed on the form and not buying them on behalf of another person, in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

COUNT 9
(Straw Purchase of Firearms, 18 U.S.C. § 932(b)(3))

The Grand Jury further charges:

9. On or about August 8, 2025, in the Northern District of Ohio, Eastern Division, Defendant MADISON SCHRECKENGOST did knowingly purchase firearms, to wit: a Taurus, model G3C, 9mm caliber pistol bearing serial number AGE238471; and a Taurus, model GX4, 9mm caliber pistol bearing serial number 1GC82755, in and otherwise affecting interstate and foreign commerce for, on behalf of, and at the request and demand of Gary Robinson, knowing

and having reasonable cause to believe that Gary Robinson intended to sell and otherwise dispose of the firearms to a person who intended to use, carry, possess, sell and otherwise dispose of the firearm in furtherance of a felony, and did conspire to do so, in violation of Title 18, United States Code, Section 932(b)(3).

COUNT 10
(False Statements During Purchase of Firearms, 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2)

The Grand Jury further charges:

10. On or about August 8, 2025, in the Northern District of Ohio, Eastern Division, Defendant MADISON SCHRECKENGOST, in connection with the acquisition of firearms, to wit: a Taurus, model G3C, 9mm caliber pistol bearing serial number AGE238471; and a Taurus, model GX4, 9mm caliber pistol bearing serial number 1GC82755, from Fin, Feather and Fur Outfitters, located in Canton, Ohio, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false written statement to Fin, Feather and Fur Outfitters, which statement was intended and likely to deceive Fin, Feather and Fur Outfitters, as to a fact material to the lawfulness of such acquisition of said firearms to Defendant MADISON SCHRECKENGOST under Chapter 44 of Title 18, United States Code, in that MADISON SCHRECKENGOST falsely represented on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, that she was the actual buyer of the firearms listed on the form and not buying them on behalf of another person, in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## COUNT 11
(Straw Purchase of a Firearm, 18 U.S.C. § 932(b)(3))

The Grand Jury further charges:

11. On or about July 29, 2025, in the Northern District of Ohio, Eastern Division, Defendant ALONZO BREWER did knowingly purchase a firearm, to wit: a Glock, model 43X, 9mm caliber pistol bearing serial number AKYM121, in and otherwise affecting interstate and foreign commerce for, on behalf of, and at the request and demand of Walter Hicks, knowing and having reasonable cause to believe that Walter Hicks intended to sell and otherwise dispose of the firearm to a person who intended to use, carry, possess, sell and otherwise dispose of the firearm in furtherance of a felony, and did conspire to do so, in violation of Title 18, United States Code, Section 932(b)(3).

## COUNT 12
(False Statements During Purchase of a Firearm, 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2)

The Grand Jury further charges:

12. On or about July 29, 2025, in the Northern District of Ohio, Eastern Division, Defendant ALONZO BREWER, in connection with the acquisition of a firearm, to wit: a Glock, model 43X, 9mm caliber pistol bearing serial number AKYM121, from Range USA, located in Coventry Township, Ohio, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false written statement to Range USA, which statement was intended and likely to deceive Range USA, as to a fact material to the lawfulness of such acquisition of said firearm to Defendant ALONZO BREWER under Chapter 44 of Title 18, United States Code, in that ALONZO BREWER falsely represented on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, that he was the actual buyer of the firearms listed on the form and not buying them on

behalf of another person, in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## FORFEITURE

The Grand Jury further charges:

13. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Sections 924(d)(1), 934, and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 12 are incorporated herein by reference. As a result of foregoing offenses, Defendants GARY ROBINSON, WALTER HICKS, DIAMOND TAYLOR, LILLY PALMER, ALONZO BREWER, and MADISON SCHRECKENGOST shall forfeit to the United States, any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the violations charged in Count 1; any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violation charged in Count 1; any and all firearms and ammunition involved in or used in the commission of the firearms offenses charged in Counts 2 through 12; and any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offenses charged in Counts 3, 4, 5, 7, 9, and 11; and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses charged in Count 3, 4, 5, 7, 9, and 11.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.